LOUIS F. THERASSON, Respondent, v. NELLIE V. THOMP-
SON, Appellant.

*Therasson* v. *Thompson,* 171 App. Div. 929, affirmed.
(Argued January 29, 1918; decided February 12, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered November 9, 1915, *unanimously* affirming a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term in an action to compel
specific performance of a contract to purchase real prop-
erty. The issue in this case was whether or not plaintiff's
title to the premises, sought to be conveyed, was good
as to the undivided one-quarter part thereof which
comes through Arthur W. Palmer, an incompetent.
Defendant by her answer and upon the trial claimed
that plaintiff's title to such one-quarter was bad because,
as she alleged: 1. The premises sought to be conveyed to
her, *i. e.,* such undivided one-quarter, were not described
in the petition of the committee of Arthur W. Palmer,
as originally filed, and wherein she asks the court to
authorize the sale of the incompetent's share or interest.
2. Because the alleged defect, consisting of the absence
in the said original petition of a description of such
undivided one-quarter, was not cured by the order
amending petition *nunc pro tunc* so as to include such a
description for the reasons that the affidavit upon which
the order amending the petition was granted was not
made by the committee, but by her attorney; that the
court had no authority to amend the petition *nunc pro
tunc* in the respect noted; that the court had no power
to make the bond theretofore filed applicable to the
property included by such amendment and that no
petition amended as provided in the order of amend-
ment was thereafter filed.

*Edgar Hirschberg* for appellant.
*George W. Carr* and *Daniel Seymour* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, MCLAUGHLIN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., and HOGAN, J.